CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAR 22  AM 11: 03

DEPUTY CLERK_____C B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 5:16-CR-00043-C-BQ-1 |
| | § | |
| | § | |
| DIMITRISE LYGHTS | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**DIMITRISE LYGHTS,** by consent, under authority of *United States v. Dees,* 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has

entered a plea of guilty to the Superseding Indictment. After cautioning and examining

**DIMITRISE LYGHTS,** under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses

charged are supported by an independent basis in fact containing each of the essential

elements of such offense. I therefore recommend that the plea of guilty be accepted and

that **DIMITRISE LYGHTS** be adjudged guilty and have sentence imposed accordingly.

**DATED:** March 22, 2017.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).